COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-254-CV

 

STAN L. RILEY                                                                            APPELLANT

 

                                                   V.

 

KIM
MOORE RILEY                                                                 APPELLEE

                                                                                                        

                                               ----------

              FROM
THE 415th DISTRICT COURT OF PARKER COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AUnopposed
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

 

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  August 23, 2007











[1]See Tex. R. App. P. 47.4.